### Market Bar, Inc. Liquor License Case.

 737

 Ar-
gued June 11, 1968. *Stanley Bashman*, for appellant;
*James Iannucci*, Special Assistant Attorney General,
with him *I. Harry Checchio*, Special Assistant Attor-
ney General, *Thomas J. Shannon*, Assistant Attorney
General, and *William C. Sennett*, Attorney General, for
Pennsylvania Liquor Control Board, appellee.
 Order affirmed.